**No. 69234.**—Chin Cheng Co. v. United States, protest 64/2385. Protest dismissed February 17, 1965. ▆▆▆▆▆▆▆ Plaintiff's application for rehearing granted.

APRIL 6, 1965

**No. 69235.**—Rifkin Textiles Corp. v. United States, protest 64/15031. Protest dismissed December 29, 1964. ▆▆▆▆▆▆ Plaintiff's application for rehearing denied.

APRIL 8, 1965

**No. 69236.**—American Roland Corporation et al. v. United States, protests 64/13078, etc. ▆▆▆▆▆▆▆▆▆ and protests 64/14694, etc. ▆▆▆▆ ▆▆▆▆▆▆ Henley & Company, Inc. v. United States, protests 64/14891, etc. ▆▆▆▆▆▆▆▆▆ Protests abandoned March 5, 1965. ▆▆▆ ▆▆▆▆ Plaintiffs' application for rehearing granted.